344

27480. HARBUCK v. POWELL, receiver, et al.

GUERRY, J. This case is controlled by the ruling in *Hallman* v. *Powell*, ante, 339.

*Judgment affirmed.* *Broyles, C. J., concurs.* *MacIntyre, J., dissents.*

DECIDED JULY 14, 1939.

*Olin Hammock,* for plaintiff.
*Dykes & Dykes, H. G. Bowers, Wingate Dykes,* for defendants.